Payne HURT, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 8916.

Circuit Court of Appeals, Fifth Circuit.

Oct. 28, 1938.

Payne Hurt, in pro. per.

Harvey H. Tisinger, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.
The judgment is affirmed.